## Constable Return of Individual

Cause #: <u>421CV1635</u>　　　　　　　　　　　　　　　　　　　Tracking #: <u>J06959925</u>

In the case of <u>AUDREY BRIDGES, AS GUARDIAN & ON BEHALF OF MINOR CHILD</u> VS <u>KATHY ASHMORE, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, KLEIN INDEPENDENT SCHOOL DISTRICT, KLEIN ISD POLICE DEPARTMENT</u> a <u>SUMMONS & COMPLAINT</u> and attached <u>PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND</u> was issued by the <u>United States Court Southern District of Texas</u> court of <u>HARRIS</u> County, <u>TX</u> and came to hand on the <u>27</u> day of <u>May</u>, <u>2021</u> at <u>8:22AM</u> to be delivered at <u>7200 SPRING CYPRESS RD</u>, <u>SPRING</u>, Tx <u>77379</u> by delivering to: <u>KLEIN INDEPENDENT SCHOOL DISTRICT BY SERVING LARRY WHITEHEAD, INTERIM DEPUTY SUPERINTENDENT</u>

United States Courts
Southern District of Texas
F I L E D

JUN 01 2021

David J. Bradley, Clerk of Court

## Service of Individual

Executed in <u>Harris</u> County, Texas by delivering to each of the within name defendant by <u>PERSONAL SERVICE</u>; a true copy of this <u>SUMMONS & COMPLAINT</u> together with the accompanying copy of the <u>PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND</u>, at the following times and places:

| Name | Date | Time | Full Address of Service |
|---|---|---|---|
| KLEIN INDEPENDENT SCHOOL DISTRICT BY SERVING LARRY WHITEHEAD, INTERIM DEPUTY SUPERINTENDENT | 5/27/2021 | 1:59PM | 7200 SPRING CYPRESS RD - SPRING, Tx 77379 |

Fee Due $　0.00

by Deputy　CURT WALLING - I18
　　　　　　　Printed

Deputy Signature

Attempts:　2

Total Attempts:　2

**Mark Herman, Constable Precinct #4**

**Harris County Texas**

330 Meadowfern Dr.
Houston Texas 77067
281.401.6225

ENTERED

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED
MARK HERMAN
CONSTABLE PCT 4
HARRIS CO. TEXAS

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

2021 MAY 26 AM 11:54

I18
330B

| | |
|---|---|
| AUDREY BRIDGES, AS GUARDIAN & ON BEHALF OF MINOR CHILD<br><br>*Plaintiff(s)*<br>v.<br>KATHY ASHMORE, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, KLEIN INDEPENDENT SCHOOL DISTRICT, KLEIN ISD POLICE DEPARTMENT<br><br>*Defendant(s)* | Civil Action No.   4:21-cv-1635 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Klein Independent School District   by Serving Larry Whitehead,
7200 Spring Cypress Rd.                          Interim Deputy Superintendent
Spring, Texas 77379

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Audrey Bridges, as guardian and on behalf of minor child
7423 Theisswood Road
Spring, Texas 77379

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NATHAN OCHSNER
CLERK OF COURT

Date: 5/18/21

*Signature of Clerk or Deputy Clerk*

**Kessinger, Jennifer (CD4)**

| | |
|---|---|
| **From:** | Audrey Bridges <audbridges@hotmail.com> |
| **Sent:** | Wednesday, May 26, 2021 8:02 PM |
| **To:** | Kessinger, Jennifer (CD4) |
| **Subject:** | Re: 421CV1635 |

Good evening Jennifer,

Thanks so much for your help, I knew I was likely forgetting something! Sorry for the delayed reply but I was in a court room in trial all day, with work.

Kisd: Larry Whitehead, interim deputy superintendent over campus safety and support and pd, lwhitehead1@kleinisd.net, 832-249-4055

Kisd pd: Chief David Kimberly, dkimberly@kleinisd.net, 832-249-4261

Thanks again,
Audrey Bridges
8326899866
Sent from my iPhone

> On May 26, 2021, at 12:36 PM, Kessinger, Jennifer (CD4) <Jennifer.Kessinger@cd4.hctx.net> wrote:
>
> Good afternoon, my office received the summons for service on the Bridges v. Ashmore, et al case. The deputy needs the name of the person to serve on behalf of Klein ISD and Klein ISD Police Department before he can start attempting service. Please email me the individual names for service.
>
> Thank you,
>
> **Jennifer Kessinger/Civil Clerk**
> **Civil/Writs**
> Office of
> **Mark Herman, Constable**
> **Harris County, Precinct 4**
> 330 Meadowfern, 2nd Floor
> Houston, Texas 77067
> Office: 832.927.6139 / Fax: 713-437-8508
>
> <image001.png>
>
> <image002.png>
>
> <image003.png>

1