# Constable Return of Individual

Cause #: <u>421CV1635</u>                                                Tracking #: <u>J06959924</u>

In the case of <u>AUDREY BRIDGES, AS GUARDIAN & ON BEHALF OF MINOR CHILD</u> VS <u>KATHY ASHMORE, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, KLEIN INDEPENDENT SCHOOL DISTRICT, KLEIN ISD POLICE DEPARTMENT</u> a <u>SUMMONS & COMPLAINT</u> and attached <u>PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND</u> was issued by the <u>United States Court Southern District of Texas</u> court of <u>HARRIS</u> County, <u>TX</u> and came to hand on the <u>27</u> day of <u>May</u>, <u>2021</u> at <u>8:19AM</u> to be delivered at <u>23011 NORTHOAK FOREST LN</u>, <u>SPRING</u>, TX <u>77389</u> by delivering to: <u>KATHY ASHMORE</u>

## Service of Individual

Executed in <u>Harris</u> County, Texas by delivering to each of the within name defendant by <u>PERSONAL SERVICE</u>; a true copy of this <u>SUMMONS & COMPLAINT</u> together with the accompanying copy of the <u>PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND</u>, at the following times and places:

| Name | Date | Time | Full Address of Service |
|---|---|---|---|
| KATHY ASHMORE | 6/1/2021 | 5:57PM | 23011 NORTHOAK FOREST LN - SPRING, TX 77389 |

Fee Due $ __0.00__

by Deputy <u>CURT WALLING - I18</u>
           Printed

Deputy Signature

Attempts: __2__

Total Attempts: __2__

**Mark Herman, Constable Precinct #4**
**Harris County Texas**

330 Meadowfern Dr.
Houston Texas 77067
281.401.6225

United States Courts
Southern District of Texas
F I L E D

JUN - 7 2021

Nathan Ochsner, Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas 

AUDREY BRIDGES, AS GUARDIAN & ON BEHALF OF MINOR CHILD )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:21-cv-1635
KATHY ASHMORE, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, KLEIN INDEPENDENT SCHOOL DISTRICT, KLEIN ISD POLICE DEPARTMENT )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kathy Ashmore
23011 Northoak Forest Ln.
Spring, Texas 77389; or her place of employment
Doerre Intermediate School
18218 Theiss Mail Rte Rd.
Spring, Texas 77379

United States Courts
Southern District of Texas
FILED

JUN - 7 2021

Nathan Ochsner, Clerk of Court

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Audrey Bridges, as guardian and on behalf of minor child
7423 Theisswood Road
Spring, Texas 77379

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**NATHAN OCHSNER**
CLERK OF COURT

Date: 5/18/21

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Audrey Bridges
Paralegal
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Audrey.Bridges@lewisbrisbois.com
Direct: 346.241.4968

May 24, 2021

**CONFIDENTIAL COMMUNICATION**

**VIA FEDEX**

Civil Service Division
Harris County Constable
330 Meadownfern Dr.
Houston, Tx 77067

Re: Civil Service, Civil Action No. 4:12-cv-1635; Bridges v. Ashmore, et al.

Dear Constable:

Please see enclosed 3 copies of this action for party service. I've included 2 copies of the Summons, the Complaint & Exhibits along with a money order for $225.00 which will cover service of all 3 defendants in this case.

Please feel free to reach out to me if you have any issues or questions. My cell number is (832) 689-9866 and I can also be reached at audbridges@hotmail.com.

If possible, please send the proof(s) of service via email so that I can promptly file them with the court.

Very truly yours,

Audrey Bridges
Paralegal
LEWIS BRISBOIS BISGAARD & SMITH LLP

AB
Enclosures

County Auditor's Form 161E
Harris County, TX (REV. 03/01/2020)



# HARRIS COUNTY, TEXAS

CNP4 ADMINISTRATION DIVISION
ANX 17-6831 CYPRESSWOOD , 1
6831 CYPRESSWOOD FLOOR 1
SPRING, TX  77379

## Official Receipt

DATE:  05/27/2021      AUDREY BRIDGES                    RECEIPT: 000000063334
GC

Case# 421CV1635                                          TOTAL AMOUNT: $ 225

Description:

| ITEM ID | DESCRIPTION | UNIT PRICE | NUMBER OF UNITS | LINE TOTAL |
|---|---|---|---|---|
| 48391 | SUMMONS & COMPLAINT 100030410000425170 421CV1635 | $75 | 3 | $225 |

TOTAL PAYMENT DUE: $ 225

| PAYMENT METHOD | AMOUNT | Desc/Check/MO/Auth No |
|---|---|---|
| MO | $ 225 | 19264730791 |

PAYMENT TOTAL: $ 225

CHANGE DUE:      $ 0

USER ID:    109039
            2021-MAY-27 08.11.17.000000 AM